NO. SCOT-11-0000138

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MATTHAN J. S. PATTIOAY, Petitioner,

vs.

DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING

ORDER

(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of Matthan J.S. Pattioay's complaint filed in the supreme court on March 8, 2011, it appears we lack jurisdiction to consider the complaint. See HRS § 602-5 (Supp. 2010). Therefore,

IT IS HEREBY ORDERED that the complaint is dismissed.

DATED: Honolulu, Hawai'i, March 18, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

